NATHANIEL HOOPER et al., Appellants, *v.* C. MCCULLOCH
BEECHER et al., Respondents.

(Argued June 13, 1892; decided October 4, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made June 17, 1891, which affirmed a judgment in favor
of defendants entered upon a decision of the court on trial at
Special Term.

*Franklin Bien* for appellants.

*F. S. Bangs* for respondents.

Agree to affirm on decision on former appeal (118 N. Y.
413).
All concur.
Judgment affirmed.  _____